UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, L.L.C., et al.,<br><br>    Defendants. | Case No. 23-cv-05218-AMO<br><br>**ORDER SUSTAINING PLAINTIFFS' OBJECTION TO DEFENDANTS' BILL OF COSTS**<br><br>Re: Dkt. No. 55 |

On June 16, 2025, the Court granted Defendants' motion for summary judgment and entered judgment in favor of Defendants. ECF 52, 53. Defendants filed a bill of costs, ECF 54, and Plaintiffs objected, ECF 55. Having considered the parties' submissions and the relevant case law, the Court **SUSTAINS** Plaintiffs' objection.

Defendants claim a taxable cost in the amount of $4,057.50 for trial exhibits pursuant to Civil Local Rule 54-3(d)(4). ECF 54 at 1. This cost was paid to Bode Laboratories for performing a DNA test to eliminate a Ritz-Carlton employee as a contributor to the contamination of the water bottle at issue in this case. Declaration of Maria Lampasona (ECF 54-1) ¶ 5. Specifically, Bode charged Defendants $1,795 for "analysis of sexual assault samples (differentials)," $910 for "analysis of reference samples (blood or buccal)," and $1,352.50 for "rush surcharges." ECF 54-1 at 14. Defendants' counsel notes that "Bode performed the testing and provided the report to be used as an exhibit." *Id.* However, this cost is not allowable under Civil Local Rule 54-3(d)(4), which provides that "[t]he cost of *reproducing* trial exhibits is allowable to the extent that a Judge requires copies to be provided." Civ. L.R. 54-3(d)(4) (emphasis added). The cost of reproducing trial exhibits includes the costs of copying exhibits and preparing trial binders for the court and parties. *See Apple Inc. v. Samsung Elecs. Co.*, No.

5:12-cv-00630-LHK, 2015 WL 4967769, at *10 (N.D. Cal. Aug. 20, 2015) (collecting cases). Here, Defendants' billing records indicate this cost was incurred to produce a report that Defendants submitted as an exhibit in support of their motion for summary judgment, not to make copies of exhibits or prepare trial binders.  Plaintiffs' objection is therefore **SUSTAINED** and Defendants' costs are reduced from $5,408 to $1,350.50.

      **IT IS SO ORDERED.**

Dated: July 30, 2025

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**